Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Charles R Brent
333 W. Crawford Street
Peotone, IL 60468
SSN: xxx−xx−1360 EIN: N.A.

Case No. : 14−39776
Chapter : 13
Judge : Pamela S. Hollis

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
### OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: March 28, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 14-39776-PSH
Charles R Brent                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: kkrystave        Page 1 of 1        Date Rcvd: Mar 28, 2019
                 Form ID: defdso13        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
db             +Charles R Brent,    333 W. Crawford Street,    Peotone, IL 60468-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
      Glenn B Stearns    mcguckin_m@lisle13.com
      Joel P Fonferko    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ND-One@il.cslegal.com
      Keith  Levy    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC amps@manleydeas.com
      Keith  Levy    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
      Michael  Dimand    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mdimand@aol.com, bankruptcyfilings@wirbickilaw.com
      Nathan C Volheim    on behalf of Debtor 1 Charles R Brent nvolheim@sulaimanlaw.com, sulaiman.igotnotices@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 7